EXHIBIT TO BANKRUPTCY PETITION  for  Kimberly D. Walker

Debtor has tendered $1,550. in a check to Debtor's attorney Jay M. Reese, who has deposited the check into his Attorney's Trust Account at Harris Bank.

Debtor's attorney had made inquiry of both the customer service Supervisor, Sheila Anderson at the Clerks Office for the United States Bankruptcy Court and the Chapter 13 Trustee for Dupage County, the offices of Glenn Stearns, and was told that neither of those two entities had a procedure for accepting this deposit.

_____
Jay M. Reese, Attorney for Debtor

Jay M. Reese
# 02301873
286 W. Fullerton Ave.
Addison, IL 60101
630-628-0773