```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12285
   KIMBERLY D WALKER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-8330


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/10/07 .

   2.  The case was dismissed without confirmation, 10/19/2007.

---------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC         .00            .00            .00
CHASE AUTOMOTIVE FINANCE SECURED VEHIC         .00            .00            .00
MAGES & PRICE            UNSECURED       NOT FILED            .00            .00
MARY STRONG              UNSECURED       NOT FILED            .00            .00
        Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, JAY M REESE             , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/14/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 12285 KIMBERLY D WALKER
```